LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento, Sacramento County Sheriff's Department, Sheriff Lou Blanas, Captain Jim Cooper, Deputy Thomas Mantei, and Gayle Gipson, R.N.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MOHAMMAD REZA ABDOLLAHI, deceased, by and through SINA ABDOLLAHI (a minor through his mother and guardian ad litem Parvin Ganji), as successor in interest; SINA ABDOLLAHI, Individually; Estate of JAKE SUMMERS, deceased, by and through his mother DENISE HOFF (conservatee, by and through her guardian ad litem Judy Carver), as successor in interest; DENISE HOFF, Individually; JULIEN PROVENCHER, SR, Individually; JEAN THURSTON, Individually,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department, Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain JIM COOPER; Sacramento County Sheriff's Department Deputy THOMAS MANTEI; JUDITH JOHNSON, R.N.; CHERYL PAIZIS, D.O.; Psych Tech HENRY ISHIBASHI; GAYLE GIPSON, R.N.; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and Does I through XXX, inclusive,<br><br>Defendants. | CASE NO. CIV S-02 2488 FCD JFM<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY ADJUDICATION**<br><br>Date:         **August 26, 2005**<br>Time:        **10:00 a.m.**<br>Ctrm:        **2**<br>Trial Date: **January 10, 2006**<br><br>**"AS MODIFIED"** |

The parties by and through their respective counsel hereby stipulate that the hearing on the defendants' motions for summary judgment and/or summary adjudication which is currently set for

August 26, 2005 at 10:00 a.m. in Courtroom 2, shall be continued to September 23, 2005 at 10:00 a.m. in Courtroom 2.

The parties further stipulate that the briefing schedule shall be changed and the parties shall file and serve the following responses to the motions as follows:

| | |
|---|---|
| Plaintiffs Opposition to Defendants' motions | August 24, 2005 by 4:00 p.m. |
| Defendants' Reply to Plaintiffs' Opposition | September 8, 2005 |

The parties acknowledge that there is a timeliness issue regarding the original service of the County defendants' motion for summary judgment and/or summary adjudication in that the County defendants' motion was filed and served electronically on July 29, 2005. Pursuant to L.R. 78-230(b) if electronic service was used 31 days notice should have be given rather than 28 days. The parties acknowledge this procedural violation and nevertheless wish that the motions be decided on the merits.

It is so stipulated:

Dated: August 10, 2005     LAW OFFICE OF STEWART KATZ

By:_____
     STEWART KATZ
     Attorney for Plaintiffs

Dated: August 10, 2005     WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By:_____
     ROBERT F. TYLER
     Attorneys for Defendants, Judith Johnson, R.N.,
     Cheryl Paizis, D.O., Henry Ishibashi, LCSW,
     and Nancy Harnett, MSW

Dated: August 10, 2005     LONGYEAR, O'DEA & LAVRA, LLP

By:_____
     VAN LONGYEAR
     Attorneys for Defendants, County of Sacramento,
     Sacramento County Sheriff's Department,
     Sheriff Lou Blanas, Captain Jim Cooper,
     Deputy Thomas Mantei, and Gayle Gipson, R.N.

G:\DOCS\FCD\orders to be signed\ABDOLLAHI.P-Stip re Hrg Date0812.wpd

IT IS SO ORDERED:

That the hearing on the defendants' motions for summary judgment and/or summary adjudication which is currently set for August 26, 2005 at 10:00 a.m. in Courtroom 2, shall be continued to September 23, 2005 at 10:00 a.m. in Courtroom 2;

Plaintiffs Opposition to Defendants' motions is due August 24, 2005 by 4:00 p.m.; and,

Defendants' Reply to Plaintiffs' Opposition is due September 8, 2005.

Dated: August 12, 2005          By:     /s/ Frank C. Damrell Jr.
                                        The Honorable Frank C. Damrell, Jr.
                                        Judge of the United States District Court