1  **THE LAW OFFICE OF STEWART KATZ**
2  Stewart Katz, CSB No. 127425
3  Kathryn Clark, CSB No. 203373
   555 University Avenue, Suite #270
4  Sacramento, CA 95825
5  Tel: (916) 444-5678
6  Fax: (916) 444-3364
   Attorneys for Plaintiffs
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 Estate of MOHAMMAD REZA) NO. CIV S-02-2488 FCD JFM
   ABDOLLAHI, deceased, by and through)
12 SINA ABDOLLAHI (a minor through his)
13 mother and guardian ad litem Parvin Ganji),) **STIPULATION AND MODIFYING**
   as successor in interest; SINA) **PRETRIAL SCHEDULING ORDER**
14 ABDOLLAHI, Individually; Estate of JOSE)
   ELIAZAR ARAMBULA, deceased, by and)
15 through ELIAS ARAMBULA and)
16 ANDREW ARAMBULA (minors through)
   their mother and guardian ad litem Irma)
17 Rodriguez), as successors in interest; ELIAS)
   A R A M B U L A  a n d  A N D R E W)
18 ARAMBULA, individually; SOCORRO)
19 ARAMBULA, Individually; AUSENCIO)
   ARAMBULA, Individually; Estate of JAKE)
20 SUMMERS, deceased, by and through his)
   mother DENISE HOFF (conservatee, by and)
21 through her guardian ad litem Judy Carver),)
22 as successor in interest; DENISE HOFF,)
   Individually; JULIEN PROVENCHER, SR,)
23 Individually; and JEAN THURSTON,)
   Individually,                          )
24                          Plaintiffs,   )
                                          )
25 vs.                                    )
                                          )
26                                        )
   COUNTY OF SACRAMENTO;)
27 Sacramento County Sheriff's Department)
   Sheriff LOU BLANAS; Sacramento County)
28

| | |
|---|---|
| 1 | Sheriff's Department Captain JIM ) |
| 2 | COOPER; Sacramento County Sheriff's ) Department Deputy THOMAS MANTEI; ) |
| 3 | JUDITH JOHNSON, R.N.; CHERYL ) PAIZIS, D.O.; HENRY ISHIBASHI; ) |
| 4 | GAYLE GIPSON, R.N.; NANCY ) HARNETT, ) |
| 5 | Defendants. ) |
| 6 | _____/) |

SUBJECT TO THE APPROVAL OF THIS COURT, the parties hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order:

1. Defendants' Motions for Summary Judgment / Summary Adjudication be heard on November 18, 2005, at 10:00 a.m. instead of September 23, 2005 at 10:00 a.m.,

2. Plaintiffs' Opposition to Defendants' Motions for Summary Judgment/Adjudication be due by 3:00 p.m. on September 21, 2005,

3. Defendants' Replies to Plaintiffs' Oppositions be filed by 3:00 p.m. on November 4, 2005,

4. The pretrial conference be moved to February 3, 2006 at 1:30 p.m., and

5. The trial for the above-captioned case begin on June 6, 2006 at 9:00 a.m.

The parties submit that there is good cause for the above request. Due to consolidated nature of this case, which involves multiple factually distinct jail suicides, the Plaintiffs have not been able to adequately respond to Defendants' motions for summary judgment/adjudication under the present time line. Plaintiffs' counsel have been diligent in their efforts, but cannot finish their oppositions under the current constraints.

1  Dated:                              /s/ Stewart Katz
2                                      Stewart Katz,
                                       Attorney for Plaintiffs
3

4

5  Dated:                              /s/ Robert Tyler (as authorized on August 22, 2005)
                                       Robert F. Tyler
6                                      Attorney for Defendants
                                        JUDITH JOHNSON, R.N., CHERYL PAIZIS, D.O.,
7                                      HENRY ISHIBASHI and NANCY HARNETT

8

9
   Dated:                              /s/ Van Longyear (as authorized on August 22, 2005)
10                                     Van Longyear
                                       Attorney for Defendants
11                                     COUNTY OF SACRAMENTO, LOU BLANAS,
                                       JAMES COOPER, THOMAS MANTEI, and
12                                     GAYLE GIBSON

13

14

15     Having been stipulated and agreed to between all parties and good cause being shown

16  herein,

17  **IT IS SO ORDERED:**

18

19

20  Dated: August 29, 2005             /s/ Frank C. Damrell Jr.
                                       Frank C. Damrell, Jr.
21                                     United States District Judge

22

23

24

25

26

27

28