1 | **THE LAW OFFICE OF STEWART KATZ**
2 | Stewart Katz, CSB No. 127425
3 | 555 University Avenue, Suite #270
  | Sacramento, CA 95825
4 | Tel: (916) 444-5678
5 | Fax: (916) 444-3364
6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

| Estate of MOHAMMAD REZA ABDOLLAHI, deceased, by and through SINA ABDOLLAHI (a minor through his mother and guardian ad litem Parvin Ganji), as successor in interest; SINA ABDOLLAHI, Individually; Estate of JOSE ELIAZAR ARAMBULA, deceased, by and through ELIAS ARAMBULA and ANDREW ARAMBULA (minors through their mother and guardian ad litem Irma Rodriguez), as successors in interest; ELIAS ARAMBULA and ANDREW ARAMBULA, individually; SOCORRO ARAMBULA, Individually; AUSENCIO ARAMBULA, Individually; Estate of JAKE SUMMERS, deceased, by and through his mother DENISE HOFF (conservatee, by and through her guardian ad litem Judy Carver), as successor in interest; DENISE HOFF, Individually; JULIEN PROVENCHER, SR, Individually; and JEAN THURSTON, Individually, | NO. CIV S-02-2488 FCD JFM<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
|---|---|
| Plaintiffs, | |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department; Sheriff LOU BLANAS; Sacramento County | |

```
Sheriff's Department Captain JIM   )
COOPER; Sacramento County Sheriff's)
Department Deputy THOMAS MANTEI;   )
JUDITH JOHNSON, R.N.; CHERYL       )
PAIZIS, D.O.; HENRY ISHIBASHI;     )
GAYLE GIPSON, R.N.; NANCY          )
HARNETT,                           )
              Defendants.          )
_____/)
```

SUBJECT TO THE APPROVAL OF THIS COURT, the parties hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order:

1. Plaintiffs' Opposition to Defendants' Motions for Summary Judgment/Adjudication be due by 3:00 p.m. on September 28, 2005.

The parties submit that there is good cause for the above request. Due to the failure of plaintiffs' counsel's computer hard drive on September 17, 2005 which contained the entire opposition to the motions and that plaintiffs' counsel's only associate quit her employment due to illness on September 13, 2005.

Plaintiffs' counsel have been diligent in their efforts, but cannot finish their opposition under the current constraints.

Defendants' reply date will remain November 4, 2005.

The motions will be heard as previously set on November 18, 2005.

Dated: September 20, 2005        /s/ Stewart Katz_____
                                 Stewart Katz,
                                 Attorney for Plaintiffs

///

///

Dated: September 20, 2005

/s/ Robert Tyler (as authorized on September 20, 2005)
Robert F. Tyler
Attorney for Defendants
JUDITH JOHNSON, R.N., CHERYL PAIZIS, D.O., HENRY ISHIBASHI and NANCY HARNETT

Dated: September 20, 2005

/s/ Van Longyear (as authorized on September 20, 2005)

Van Longyear
Attorney for Defendants
COUNTY OF SACRAMENTO, LOU BLANAS, JAMES COOPER, THOMAS MANTEI, and GAYLE GIBSON

Having been stipulated and agreed to between all parties and good cause being shown herein,

**IT IS SO ORDERED:**

Dated: September 21, 2005

/s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
United States District Judge