WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ROBERT F. TYLER (SBN 063055)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendants
JUDITH JOHNSON, R.N., CHERYL PAIZIS, D.O., sued
and served herein as CHERYL PAIGIS, D.O. and HENRY
ISHIBASHI, LSW

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSE ELIZAR ARAMBULA, deceased, by and through ELIAS ARAMBULA and ANDREW ARAMBULA, minors through their mother and guardian ad litem Irma Rodriguez, as successors in interest; ELIAS ARAMBULA and ANDREW ARAMBULA, Individually; and SOCORRO ARAMBULA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department; Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain JIM COOPER; JUDITH JOHNSON, R.N.; CHERYL PAIGIS, D.O.; and Does I through XL, inclusive,<br><br>Defendants. | No. CIV.S-02-2488 FCD JFM<br><br>(Consolidated Action)<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANT CHERYL PAIZIS, D.O.**<br><br>Complaint Filed: July 2, 2004<br>Trial Date: June 6, 2006 |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN PLAINTIFFS AND DEFENDANT CHERYL PAIZIS, D.O. AS FOLLOWS:**

1.  Plaintiffs have agreed to dismiss all of the claims they have asserted herein, as against Defendant Cheryl Paizis, D.O., with prejudice;

///

184959.1                            -1-

**STIPULATION AND (PROPOSED) ORDER REGARDING DISMISSAL OF DEFENDANT CHERYL PAIZIS, D.O.**

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

2. Defendant Cheryl Paizis, D.O. has agreed in return to waive any claims she may otherwise have for recovery of her costs of suit herein.

DATED: October 24, 2005

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP

By:  //ROBERT F. TYLER//
ROBERT F. TYLER
Attorneys for Defendants
JUDITH JOHNSON, R.N., and CHERYL PAIZIS, D.O.

DATED: October 17, 2005

LAW OFFICES OF STEWART KATZ

By:  //STEWART KATZ//
STEWART KATZ
Attorneys for Plaintiffs
JULIEN PROVENCHER, SR., Individually;
JEAN THURSTON, Individually

## **ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ordered that the Plaintiff Arambulas' various claims against Defendant Cheryl Paizis, D.O., and each of them, are hereby dismissed.

Dated: October 25, 2005

/s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE