1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   ROBERT F. TYLER (SBN 063055)
2  400 Capitol Mall, Twenty-Second Floor
   Sacramento, CA 95814
3  Telephone:    (916) 441-2430
   Facsimile:    (916) 442-6664
4
   Attorneys for Defendants
5  JUDITH JOHNSON, R.N., CHERYL PAIZIS, D.O.,
   HENRY ISHIBASHI, LCSW, and NANCY HARNETT,
6  MSW

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Estate of MOHAMMAD REZA ABDOLLAHI, deceased, by and through SINA ABDOLLAHI (a minor through his mother and guardian ad litem Parvin Ganji), as successor in interest; SINA ABDOLLAHI, Individually,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain JIM COOPER; Sacramento County Sheriff's Department Deputy THOMAS MANTEI; JUDITH JOHNSON; CHERYL PAIGIS; and Does I through XXX, inclusive,<br><br>                Defendants. | No. CIV.S - 02-2488 FCD JFM (Consolidated Cases)<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANT CHERYL PAIZIS, D.O.**<br><br><br>Second Amended Consolidated Complaint Filed: July 15, 2005<br>Trial Date: June 6, 2006 |

   **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE ABDOLLAHI PLAINTIFFS AND DEFENDANT CHERYL PAIZIS, D.O. AS FOLLOWS:**

   1.   Plaintiffs herein have agreed to dismiss their claims against Defendant Cheryl Paizis, D.O. with prejudice; and

   2.   Defendant Cheryl Paizis, D.O. has agreed in return to waive any claims she may otherwise have for recovery of her costs of suit herein.

184962.1                          -1-

| | | |
|---|---|---|
| 1 | DATED: October 24, 2005 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  //ROBERT F. TYLER// |
| | | ROBERT F. TYLER |
| 5 | | Attorneys for Defendants |
| | | JUDITH JOHNSON, R.N., and CHERYL PAIZIS, D.O. |
| 6 | | |
| 7 | DATED: October 17, 2005 | LAW OFFICES OF STEWART KATZ |

DATED: October 24, 2005        WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By:  //ROBERT F. TYLER//
ROBERT F. TYLER
Attorneys for Defendants
JUDITH JOHNSON, R.N., and CHERYL PAIZIS, D.O.

DATED: October 17, 2005        LAW OFFICES OF STEWART KATZ

By:  //STEWART KATZ//
STEWART KATZ
Attorneys for Plaintiffs
JULIEN PROVENCHER, SR., Individually;
JEAN THURSTON, Individually

## **ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ordered that the Plaintiff Abdollahis' various claims against Defendant Cheryl Paizis, D.O., and each of them, are hereby dismissed.

Dated: October 25, 2005        /s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE