WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ROBERT F. TYLER (SBN 063055)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone:    (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Defendants
JUDITH JOHNSON, R.N., and CHERYL PAIZIS, D.O.,
sued and served herein as CHERYL PAIGIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JAKE SUMMERS, deceased, by and through his mother DENISE HOFF (conservatee, by and through her guardian ad litem Judy Carver), as successor in interest; DENISE HOFF, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain JIM COOPER; JUDITH JOHNSON; CHERYL PAIGIS; and Does I through XXX, inclusive,<br><br>Defendants. | No. CIV.S – 02-2488 FCD JFM (Consolidated Cases)<br><br>**STIPULATION AND ORDER THEREON**<br><br>Complaint Filed: February 7, 2003<br>Trial Date: June 6, 2006 |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PLAINTIFFS SUMMERS AND DEFENDANTS JUDITH JOHNSON, R.N. AND CHERYL PAIZIS, D.O. AS FOLLOWS:**

1.     That decedent Jake Summers was never seen by Defendant Judy Johnson, R.N. nor Defendant Cheryl Paizis, D.O. or by any of the employees that they supervised and that there is therefore no basis of liability to be asserted by the Summers Plaintiffs against either Defendant Johnson or Paizis herein;

///

 2. That the Summers Plaintiffs have agreed to dismiss their claims as against Defendants Johnson and Paizis, with prejudice; and

 3. In return therefore, Defendants Johnson and Paizis have agreed to waive any claims that they may otherwise have for their costs of suit herein.

DATED: October 24, 2005     WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP


By:    //ROBERT F. TYLER//
ROBERT F. TYLER
Attorneys for Defendants
JUDITH JOHNSON, R.N., and CHERYL PAIZIS, D.O.

DATED: October 17, 2005     LAW OFFICES OF STEWART KATZ


By:    //STEWART KATZ//
STEWART KATZ
Attorneys for Plaintiffs
Estate of JAKE SUMMERS, deceased, by and through his mother DENISE HOFF (conservatee, by and through her guardian ad litem Judy Carver), as successor in interest; DENISE HOFF, Individually

## ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ordered that the Summers Plaintiffs' suit as against Defendants Cheryl Paizis, D.O. and Judith Johnson, R.N. is hereby dismissed.

Dated: October 25, 2005     /s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

184951.1     -2-

**STIPULATION AND (PROPOSED) ORDER THEREON**