WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ROBERT F. TYLER (SBN 063055)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendants
JUDITH JOHNSON, R.N., and CHERYL PAIZIS, D.O.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIEN PROVENCHER, SR., Individually; JEAN THURSTON, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain JIM COOPER; JUDITH JOHNSON; CHERYL PAIZIS; and Does I through XXX, inclusive,<br><br>Defendants. | No. CIV.S – 02-2488 FCD JFM<br>(Consolidated Cases)<br><br>**STIPULATION AND ORDER THEREON**<br><br>Complaint Filed:  February 7, 2003<br>Trial Date:  June 6, 2006 |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PLAINTIFFS HEREIN AND DEFENDANTS JUDITH JOHNSON, R.N. AND CHERYL PAIZIS, D.O. AS FOLLOWS:**

1. That decedent Julien Provencher was never seen by Defendant Judith Johnson, R.N., nor by Defendant Cheryl Paizis, D.O., nor by any of the employees that they supervised during the incarceration in question, and that there is thus no basis for liability to be asserted by Plaintiffs against either Defendant Johnson or Paizis herein;

2. That the Provencher Plaintiffs have agreed to dismiss their claims as against Defendants Johnson and Paizis, with prejudice; and

184947.1                                                       -1-

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND (PROPOSED) ORDER THEREON

3. In return therefore, Defendants Johnson and Paizis have agreed to waive any claims that they may otherwise have for their costs of suit herein.

DATED: October 24, 2005        WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By:   //ROBERT F. TYLER//
ROBERT F. TYLER
Attorneys for Defendants
JUDITH JOHNSON, R.N., and CHERYL PAIZIS, D.O.

DATED: October 17, 2005        LAW OFFICES OF STEWART KATZ

By:   //STEWART KATZ//
STEWART KATZ
Attorneys for Plaintiffs
JULIEN PROVENCHER, SR., Individually;
JEAN THURSTON, Individually

## **ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ordered that the Provencher Plaintiffs' suit, as against Defendants Cheryl Paizis, D.O. and Judith Johnson, R.N. is hereby dismissed.

Dated: October 25, 2005        /s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE