LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento, Sacramento County Sheriff's Department, Sheriff Lou Blanas, Captain Jim Cooper, Deputy Thomas Mantei, and Gayle Gipson, R.N.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of MOHAMMAD REZA ABDOLLAHI, deceased, by and through SINA ABDOLLAHI (a minor through his mother and guardian ad litem Parvin Ganji), as successor in interest; SINA ABDOLLAHI, Individually; Estate of JAKE SUMMERS, deceased, by and through his mother DENISE HOFF (conservatee, by and through her guardian ad litem Judy Carver), as successor in interest; DENISE HOFF, Individually; JULIEN PROVENCHER, SR, Individually; JEAN THURSTON, Individually,<br><br>     Plaintiffs,<br>vs.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department, Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain JIM COOPER; Sacramento County Sheriff's Department Deputy THOMAS MANTEI; JUDITH JOHNSON, R.N.; CHERYL PAIZIS, D.O.; Psych Tech HENRY ISHIBASHI; GAYLE GIPSON, R.N.; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and Does I through XXX, inclusive,<br><br>     Defendants. | CASE NO. CIV S-02 2488 FCD JFM [Consolidated Case]<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

The parties by and through their respective counsel hereby stipulate to a dismissal with prejudice as follows:

Stipulation and [Proposed] Order Re Dismissal
Page 1

1. As to Gayle Gipson, R.N. as to all claims in this consolidated action; and,

2. As to the County of Sacramento, Sacramento County Sheriff's Department, Sheriff Lou Blanas, Captain Jim Cooper, Deputy Thomas Mantei, as to the claims of Julien Provencher, Sr., individually and Jean Thurston, individually only.

IT IS SO STIPULATED:

Dated: October 28, 2005          LAW OFFICE OF STEWART KATZ


                                 By:_____
                                    STEWART KATZ
                                    Attorney for Plaintiffs


Dated: October 28, 2005          LONGYEAR, O'DEA & LAVRA, LLP


                                 By:_____
                                    VAN LONGYEAR
                                    Attorneys for Defendants, County of Sacramento,
                                    Sacramento County Sheriff's Department,
                                    Sheriff Lou Blanas, Captain Jim Cooper,
                                    Deputy Thomas Mantei, and Gayle Gipson, R.N.


IT IS SO ORDERED:

Dated: November 4, 2005          By:   /s/ Frank C. Damrell Jr.
                                       The Honorable Frank C. Damrell, Jr.
                                       Judge of the United States District Court

G:\DOCS\FCD\orders to be signed\ABDOLLAHI P-Stip Re Dismissal.wpd