# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Estate of JOSE ELIZAR ARAMBULA,
deceased, by and through ELIAS
ARAMBULA and ANDREW                             No.  CIV S-02-2488 FCD/FCD
ARAMBULA, minors through their
mother and fuardian ad litem Irma
Rodriguez, as successors in interest,
ELIAS ARAMBULA and ANDREW
ARAMBULA, Individually; and
SOCORRO ARAMBULA, Individually

        Plaintiffs,

    vs.

COUNTY OF SACRAMENTO;
Sacramento County Sheriff's
Department; Sheriff LOU BLANAS;         **ORDER & WRIT OF HABEAS**
Sacramento County Sheriff's Department  **CORPUS AD TESTIFICANDUM**
Captain JIM COOPER; JUDITH JOHNSON
R.N.; CHERYL PAIGIS, D.O.; and Does
I through XL, inclusive,

        Defendants.

_____/

       Benjamin Johnson , inmate # V06671, a necessary and material witness in proceedings in this case on December 4, 2006, is confined in California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California, 93212,in the custody of the Warden A.K. Scribner; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, Jr., to appear by video-conferencing, on December 4, 2006, at 9:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden A.K. Scribner , California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800 , Corcoran, California, 93212-8309:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 8, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE