1 **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
2 555 University Avenue, Suite 270
Sacramento, California 95825
3 Telephone: (916) 444-5678

4 Attorneys for Plaintiffs

5 **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
ROBERT F. TYLER, State Bar #063055
6 400 Capitol Mall, Twenty-Second Floor
7 Sacramento, CA  95814
Telephone: (916) 441-2430
8
Attorneys for Defendants, Henry Ishibashi, Judith Johnson
9
**LONGYEAR, O'DEA, & LAVRA, LLP**
10 VAN LONGYEAR, State Bar #84189
11 3620 American River Drive, Suite 230
Sacramento, CA  95864
12 Telephone: (916) 974-8500

13 Attorneys for Defendants, County of Sacramento, Lou Blanas, James Cooper, Thomas Mantei

14 UNITED STATES DISTRICT COURT

15 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MOHAMMAD REZA ABDOLLAHI, et al, <br>   Plaintiffs, <br> vs. <br> COUNTY OF SACRAMENTO; et al., <br>   Defendants, <br><br> Estate of JAKE SUMMERS, et al., <br>   Plaintiffs <br> vs. <br> COUNTY OF SACRAMENTO, et al., <br>   Defendants <br><br> Estate of JOSE ARAMBULA et.al., <br>   Plaintiffs <br> vs. <br> NANCY HARTNETT , JUDITH JOHNSON <br>   Defendants <br> _____/ | #CIV-S-02-2488 FCD JFM <br> (Consolidated Action) <br><br> **STIPULATION AND ORDER TO CHANGE THE HEARING DATES ON MOTIONS IN LIMINE AND OBJECTIONS TO EVIDENCE** |

1

1    COME NOW THE PARTIES by and through their respective parties and subject to
2 the approval of this Court, hereby stipulate and respectfully request the following
3 modifications and/or amendments to this Court's Minute Order of November 17, 2006:
4    That the matters set for hearing on March 2, 2007 at 10:00 a.m. be moved to a Friday,
5 April 13, 2007 hearing at 10:00 a.m.
6    That the parties in <u>Arambula</u> re-exchange exhibits by March 9, 2007 with objections
7 to the exhibits due, and a copy of the exhibits provided to the Court, by
8 March 23, 2007.
9    That all *in limine* motions in <u>Summers</u> and <u>Abdollahi</u> be filed by
10 March 23, 2007 and any opposition filed by March 30, 2007.
11    The parties contend there is good cause for this request in that Plaintiff's counsel
12 inexplicably failed to calendar the March 2, 2007 date as a result of inadvertent oversight and,
13 additionally, that the parties in <u>Arambula</u> both forgot to re-exchange exhibits as had been
14 agreed to in light of the Court's *in limine* rulings. At present the proposed Exhibits exceed
15 300 documents and 1,000 pages. The parties anticipate paring that down considerably for the
16 April 13, 2007 hearing.
17    This proposed change in hearing dates on these will have absolutely no effect on
18 parties being ready for trial, the first of which is set for July 31, 2007, and allowing this
19 additional time should, in fact, lessen the amount of time actually spent by the Court on these
20 matters and to facilitate a trial on the merits.

21 Dated: February 21, 2007            LAW OFFICE OF STEWART KATZ

22                                     By:   /s/ Stewart Katz
23                                            STEWART KATZ
                                              Attorney for Plaintiffs
24
   Dated: February 21, 2007            WILKE, FLEURY, HOFFELT, GOULD &
25                                     BIRNEY, LLP
26
                                       By:   /s/ Robert F. Tyler
27                                            ROBERT F. TYLER
                                              Attorney for Defendants
28                                            Ishibashi, Johnson and Harnett

2

Dated: February 21, 2007              LONGYEAR, O'DEA; & LAVRA, LLP

                                       By:    /s/ Van Longyear
                                              VAN LONGYEAR
                                              Attorney for Defendants
                                              County of Sacramento, Blanas,
                                              Cooper and Mantei

The stipulation as stated above is adopted in full.  Additionally, all motions in limine previously filed on February 16, 2007 by defendant Cheryl Ishibashi are hereby RESET for Friday, April 13, 2007 at 10:00 a.m.  The briefing schedule on these motions shall comply with the stipulation above.

**IT IS SO ORDERED.**

**DATED: February 27, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE