UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTATE OF MOHAMMAD REZA ABDOLLAHI, et al.,

        Plaintiffs,

  v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.
_____/
ESTATE OF MATTHEW MCEVERS, et al.,

        Plaintiffs,

  v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.
_____/
ESTATE OF HARRY MCEVERS,

        Plaintiffs,

  v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.
_____/

No. CIV S-02-2488 FCD JFM

**RELATED CASE ORDER**

No. CIV S-06-2161 DFL GGH

No. CIV S-06-2864 LKK EFB PS

///

1  The court has received the Notice of Related Cases filed February 20, 2007. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

 The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

 IT IS THEREFORE ORDERED that the actions denominated, CIV S-06-2161 DFL GGH and CIV S-06-2864 LKK EFB PS are reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in these reassigned cases only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as: CIV S-06-2161 FCD JFM and CIV S-06-2864 FCD JFM PS.

 IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint Status Report for the undersigned in CIV S-06-2161 FCD JFM and issue the appropriate Status Conference Order for the assigned magistrate in CIV S-06-2864 FCD JFM PS.

 IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

 IT IS SO ORDERED.

DATED: March 6, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE