Stewart Katz, CSB No. 127425
LAW OFFICE OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA 95825
Tel: (916) 444-5678
Attorneys for Plaintiffs

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: (916) 974-8500
Attorneys for Defendants, County of Sacramento, Sheriff Lou Blanas,
Captain James Cooper, and Deputy Thomas Mantei

Robert F. Tyler, CSB No. 063055
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
Tel: (916) 441-2430
Attorneys for Defendants, Henry Ishibashi, Judith Johnson, and Nancy Harnett

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MOHAMMAD REZA ABDOLLAHI, et al.,<br>　　　　Plaintiffs,<br>vs.<br>COUNTY OF SACRAMENTO, et al.,<br>　　　　Defendants,<br><br>Estate of JAKE SUMMERS, et al.,<br>　　　　Plaintiffs,<br>vs.<br>COUNTY OF SACRAMENTO, et al.,<br>　　　　Defendants,<br><br>Estate of JOSE ARAMBULA, et al.,<br>　　　　Plaintiffs,<br>vs.<br>NANCY HARNETT, JUDITH JOHNSON,<br>　　　　Defendants. | CASE NO. CIV S-02 2488 FCD JFM<br>**[Consolidated Action]**<br><br>**NOTICE OF SETTLEMENT** |

The parties submit that this case is settled in part, as follows:

1.　*Abdollahi v. County of Sacramento*. Settled on behalf of the County of Sacramento defendants only. Awaiting formal authorization for settlement as to

1  defendant Ishibashi from the Board of Regents at the University of California.

2. *Summers v. County of Sacramento*. Settled in its entirety.

3. *Arambula v. County of Sacramento*. Awaiting formal authorization for settlement as to defendants Johnson and Harnett from the Board of Regents at the University of California.

Once the settlement of *Abdollahi* and *Arambula* have been formally approved by the U.C. Regents, the parties will promptly advise the court.

Dated: June 28, 2007                LAW OFFICE OF STEWART KATZ

                                    By: /S/ STEWART KATZ
                                        STEWART KATZ
                                        Attorney for Plaintiffs

Dated: June 28, 2007                LONGYEAR, O'DEA & LAVRA, LLP

                                    By: /S/ VAN LONGYEAR
                                        VAN LONGYEAR, CSB #84189
                                        Attorneys for Defendants, County of Sacramento,
                                        Sacramento County, Blanas, Cooper, and
                                        Mantei

Dated: June 28, 2007                WILKE, FLEURY, HOFFELT,
                                     GOULD & BIRNEY, LLP

                                    By: /S/ ROBERT F. TYLER
                                        ROBERT F. TYLER
                                        Attorneys for Defendants, Ishibashi, Johnson,
                                        and Harnett

### ORDER

Pursuant to the representations above the court hereby VACATES all pending deadlines and trial dates.  The filing of dispositional documents shall be stayed pending final settlement approval.  The parties shall notify the court within ten (10) days of notice of settlement approval.

IT IS SO ORDERED

DATED: July 16, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE