1  VAN LONGYEAR, CSB NO. 84189
   JENNIFER MARQUEZ, CSB NO. 232194
2  LONGYEAR, O'DEA AND LAVRA, LLP
   3620 American River Drive, Suite 230
3  Sacramento, Ca. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento, Sacramento County Sheriff's Department,
   Sheriff Lou Blanas, Captain Jim Cooper, Deputy Thomas Mantei

## UNITED STATES DISTRICT COURT EASTERN DISTRICT

## OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of MOHAMMAD REZA ABDOLLAHI, deceased, by and through SINA ABDOLLAHI (a minor through his mother and guardian ad litem Parvin Ganji), as successor in interest; SINA ABDOLLAHI, Individually; Estate of JAKE SUMMERS, deceased, by and through his mother DENISE HOFF (conservatee, by and through her guardian ad litem Judy Carver), as successor in interest; DENISE HOFF, Individually; JULIEN PROVENCHER, SR, Individually; JEAN THURSTON, Individually,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department, Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain JIM COOPER; Sacramento County Sheriff's Department Deputy THOMAS MANTEI; JUDITH JOHNSON, R.N.; CHERYL PAIZIS, D.O.; Psych Tech HENRY ISHIBASHI; GAYLE GIPSON, R.N.; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and Does I through XXX, inclusive,<br><br>　　　　　　　Defendants.<br>_____ | **CASE NO. 2:02-CV-2488 FCD JFM**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed.R.Civ.P.41(a)]** |

COMES NOW PLAINTIFFS AND DEFENDANTS in these consolidated actions and through their counsel stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party to bear his, her or its own costs and

attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988. The parties therefore stipulate that this matter may be dismissed in its entirety with prejudice.

This stipulation may be executed in counterpart.

**IT IS SO STIPULATED**:

Dated: May 28, 2009　　　　　LAW OFFICE OF STEWART KATZ

By: /s/ Stewart Katz
　　　STEWART KATZ
　　　Attorneys for Plaintiffs

Dated: May 28, 2009　　　　　WILKE FLEURY HOFFELT GOULD BIRNEY LLP

By: /s/ Robert Tyler
　　　ROBERT TYLER
　　　Attorneys for Defendants, Judith Johnson, Cheryl Paigis Nancy Harnett, Cheryl Ishibashi, Regents of the University of California

Dated: May 28, 2009　　　　　LONGYEAR, O'DEA & LAVRA, LLP

By: /s/ Van Longyear
　　　VAN LONGYEAR
　　　Attorneys for Defendants, County of Sacramento, Sacramento County Sheriff's Department, Sheriff Lou Blanas, Captain Jim Cooper, Deputy Thomas Mantei, and Gayle Gipson, R.N.

### **ORDER**

**IT IS SO ORDERED**. This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.

Dated: May 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE